```
1   SO. CAL EQUAL ACCESS GROUP
    Jason J. Kim (SBN 190246)
2   Jason Yoon (SBN 306137)
    101 S. Western Avenue, Second Floor
3   Los Angeles, CA  90004
    Telephone:  (213) 252-8008
4   Facsimile:   (213) 252-8009
    scalequalaccess@yahoo.com
5
    Attorney for Plaintiff,
6   MAL KIM
```

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAL KIM,<br><br>             Plaintiff,<br><br>     vs.<br><br>CHARLIE YONG KIM D/B/A CAFÉ MAK; JOHN C PAEK, AS TRUSTEE OF PAEK FAMILY TRUST; and DOES 1 to 10,<br><br>             Defendants. | Case No. 2:20-cv-06399 SVW (ASx)<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF ENTIRE CASE WITHOUT PREJUDICE** |

**PLEASE TAKE NOTICE** that Plaintiff MAL KIM ("Plaintiff") pursuant to Federal Rule of Civil Procedure Rule 41(a)(1) hereby voluntarily dismisses the entire action *without prejudice* pursuant to Federal Rule of Civil Procedure Rule 41(a)(1) which provides in relevant part:

(a) **Voluntary Dismissal.**

    (1)    *Without a Court Order*.  Subject to Rules 23(e), 23.1(c), 23.2, and 66 and any applicable federal statute, the plaintiff may dismiss an action without a court order by filing:

(i) A notice of dismissal before the opposing party serves either an answer or a motion for summary judgment.

Defendants have neither answered Plaintiff's Complaint, nor filed a motion for summary judgment. Accordingly, this matter may be dismissed without an Order of the Court.

DATED:  October 14, 2020     SO. CAL EQUAL ACCESS GROUP

  */s/ Jason J. Kim*
  JASON J. KIM
  Attorney for Plaintiff

-2-

NOTICE OF VOLUNTARY DISMISSAL